IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE RODRIGUEZ,

      Plaintiff,                    No. CIV S-09-1203 JAM KJM PS

      vs.

CHRIS M., et al.,

      Defendants.              ORDER

_____/

      Plaintiff, proceeding pro se, filed the above-entitled actions. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

      On May 13, 2009, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within ten days. On June 3, 2009, plaintiff filed a "motion for relief from default" which the court construes as objections to the findings and recommendations.

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

1 | The court has reviewed the file and finds the findings and recommendations to be
2 | supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY
3 | ORDERED that:
4 |     1.  The findings and recommendations filed May 13, 2009, are adopted in full; and
5 |     2.  This action is dismissed.
6 | DATED:  July 27, 2009

/s/ John A. Mendez
UNITED STATES DISTRICT JUDGE

rodr1203.804